IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHIL SAHIL,<br><br>      Petitioner,<br><br>    vs.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION FACILITY. et al.,<br><br>     Respondents. | Case № 1:26-cv-00760-DKC-AC<br><br>**O R D E R:**<br>***PRO HAC VICE* ADMISSION TO<br>THIS COURT OF DISTRICT OF<br>ALASKA FEDERAL PUBLIC<br>DEFENDER AND ASSISTANT<br>FEDERAL DEFENDERS** |

Upon the Federal Defender's *Motion* after this Court appointed counsel for Petitioner SAHIL SAHIL and considering Local Rule 180(b)(1) and (2) and General Order 671 *CJA Plan* § XV.C.1.g (adapting CJA appointments and *pro hac vice* appearance),

IT IS HEREBY ORDERED admitting Jamie McGrady, District of Alaska Federal Public Defender and Benjamin Muse, Assistant Federal Public Defender, *pro hac vice* to the United States District Court, California Eastern in this case.

Dated: February 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE